■ In the Matter of GARFIELD BROWN, Respondent, v LYDIA JIMENEZ, Appellant. (Proceeding No. 1.) In the Matter of LYDIA JIMENEZ, Appellant, v GARFIELD BROWN, Respondent. (Proceeding No. 2.) [931 NYS2d 522]—

Since the parties' child is now over 18 years of age, he is no longer subject to the second order appealed from. Accordingly, the appeal from the second order has been rendered academic (*see Matter of Cahill v Zakian*, 71 AD3d 765 [2010]; *Matter of Merando v Vantassel*, 66 AD3d 783 [2009]). Mastro, J.P., Angiolillo, Belen and Lott, JJ., concur.